

1105 North Market Street
Suite 901
Wilmington, Delaware 19801

Mailing Address:
P.O. Box 1380
Wilmington, DE 19899-1380

Kevin S. Mann\*
kmann@crosslaw.com
(302) 777-4200, ext. 105
\* admitted in Delaware and New Jersey

September 21, 2022

**BY ELECTRONIC FILING**
The Honorable Christopher J. Burke
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

   Re: *Team Systems International, Inc.*
      D. Del. Case No. 1:22-cv-00993-GBW
      Bankr. D. Del. Case No. 22-10066 (CTG)

Dear Judge Burke:

  This firm is counsel to Deborah Mott and Steven Acosta, appellants in the above-referenced matter. I write as a follow up to our September 12, 2022 ADR teleconference. During that teleconference, I indicated to Your Honor that a motion was pending before the Delaware Bankruptcy Court that could potential moot this matter and requested that no mediation be scheduled until the Bankruptcy Court ruled. Since that time, the appellants and the appellee have been working to informally resolve the issues that are the subject of this appeal. Thus, we respectfully

request that this matter be put on hold for an additional thirty days to allow the parties more time to resolve their issues. As such, if the appeal is not voluntarily dismissed by October 20, 2022, we will provide Your Honor with a status report.

    Appellee's counsel has reviewed this letter and has indicated that he agrees with the above.

Respectfully submitted,

*/s/ Kevin S. Mann*

Kevin S. Mann (No. 4576)

cc:    Deborah Benyo (Deborah_Benyo@ded.uscourts.gov)
       David Carickhoff, Esq.
       File Copy